(C.D. 2792)

MEGO CORP. *v.* UNITED STATES

United States Customs Court, First Division

(Decided October 19, 1966)

Plaintiff not represented by counsel.
*J. William Doolittle*, Acting Assistant Attorney General, for the defendant.

Before OLIVER, NICHOLS, and WATSON, Judges

NICHOLS, Judge: When this case was called for trial, there was no appearance on behalf of the plaintiff, and defendant moved to dismiss the protest for lack of prosecution.

It appearing from the official papers that the protest was filed more than 60 days after liquidation, it is dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

Judgment will be rendered accordingly.